USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC#: _____
DATE FILED: 11/20/19

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

-----------------------------------------------------------x

GERALDO MENA,

                Plaintiff,

     -against-                                 1:15-cv-3707 (ALC)

THE CITY OF NEW YORK, ET AL.,           <u>ORDER</u>

                Defendants.

-----------------------------------------------------------x

**ANDREW L. CARTER, JR., United States District Judge:**

The Status Conference currently scheduled for November 22, 2019 at 2:00 p.m. is hereby **ADJOURNED**. The Parties are hereby **ORDERED** to appear, in person, for a Status Conference in Courtroom 1306 at the Thurgood Marshall United States Courthouse, 40 Foley Square, New York, New York, on **December 3, 2019 at 2:00 p.m.**

**SO ORDERED.**

**Dated:**     **New York, New York**
            **November 20, 2019**

                                                        **ANDREW L. CARTER, JR.**
                                                        **United States District Judge**