USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC#: _____
DATE FILED: 12/3/19

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------------------------------x
GERALDO MENA,

       Plaintiff,

  -against-          1:15-cv-3707 (ALC)

THE CITY OF NEW YORK, ET AL.,    ORDER

       Defendants.
------------------------------------------------------------x

**ANDREW L. CARTER, JR., United States District Judge:**

  The Court is in receipt of the letters from the Parties regarding the Status Conference currently scheduled for December 3, 2019 at 11:00 a.m. ECF Nos. 74, 75. That Status Conference is hereby **ADJOURNED** to **December 16, 2019 at 11:30 a.m.** The Parties are hereby **ORDERED** to appear, in person, for a Status Conference in the Daniel Patrick Moynihan Courthouse at 500 Pearl Street, New York, New York. The Court will inform the Parties of the courtroom number when it becomes available.

  For this conference, Plaintiff should contact the Court at 1-888-363-4749 (Conference Code: 3768660) on the date and at the time specified above.

**SO ORDERED.**

Dated:  New York, New York
      December 3, 2019

                        **ANDREW L. CARTER, JR.**
                         **United States District Judge**