UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

----------------------------------------------------------------x
GERALDO MENA,

                    Plaintiff,

      -against-                    1:15-cv-3707 (ALC)

THE CITY OF NEW YORK, ET AL.,      ORDER

                  Defendants.

----------------------------------------------------------------x

**ANDREW L. CARTER, JR., United States District Judge:**

The Status Conference currently scheduled for December 16, 2019 at 11:30 a.m. is hereby **ADJOURNED** to **December 19, 2019 at 11:30 a.m.** The Parties are hereby **ORDERED** to appear, in person, in Courtroom 1306 at the Thurgood Marshall United States Courthouse, 40 Foley Square, New York, New York at the date and time specified above. For this Conference, Plaintiff should contact the Court at 1-888-363-4749 (Conference Code: 3768660).

**SO ORDERED.**

Dated:     New York, New York
             December 12, 2019

                                            ANDREW L. CARTER, JR.
                                            United States District Judge