UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------x
   GERALDO MENA,

                    Plaintiff,

          -against-                                1:15-cv-3707 (ALC)

   THE CITY OF NEW YORK, ET AL.,               **ORDER**

                    Defendants.
------------------------------------------------------------x

**ANDREW L. CARTER, JR., United States District Judge:**

The Court is in receipt of the Parties' request to adjourn the Status Conference currently scheduled for December 19, 2019. ECF No. 80. That Status Conference is hereby **ADJOURNED** to **January 9, 2020 at 11:30 a.m.** The Parties are hereby **ORDERED** to appear, in person, in Courtroom 1306 at the Thurgood Marshall United States Courthouse, 40 Foley Square, New York, New York at the date and time specified above. For this Conference, Plaintiff should contact the Court at 1-888-363-4749 (Conference Code: 3768660).

**SO ORDERED.**

Dated:    New York, New York
            December 18, 2019

                                               **ANDREW L. CARTER, JR.**
                                               **United States District Judge**