UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

GERALDO MENA,

                Plaintiff,

against

THE CITY OF NEW YORK, et al.,

                Defendants.

CIVIL ACTION NO.: 15 Civ. 3707 (ALC) (SLC)

**ORDER**

**SARAH L. CAVE,** United States Magistrate Judge.

A Telephone Conference was held today, March 4, 2020, concerning Plaintiff Geraldo Mena's letter-motion to reopen discovery (ECF No. 88). The Court has considered each of the six factors applicable to a request to reopen discovery, see City of Almaty, Kazakhstan v. Ablyazov, 2019 WL 275701, at *3 (S.D.N.Y. Jan. 22, 2019); Jones v. Hirschfeld, 2003 WL 21415323, at *3 (S.D.N.Y. June 19, 2003), and finds that Mena has demonstrated that good cause exists to reopen discovery. Therefore, Mena's Letter-Motion to reopen discovery for the limited purpose of taking a limited number of depositions is GRANTED IN PART AND DENIED IN PART. Discovery in this action will be reopened for an additional 30 days for the limited purpose of allowing Mena to (1) depose Correctional Officers Kevin Marin, Kevin Radie, Patrick Francis, and Hope, and (2) conduct a deposition of no longer than one (1) hour of Defendants' Rule 30(b)(6) designee knowledgeable about the policies and procedures of the Department of Correction's video recording and retention procedures during the relevant period. Mena's request to depose Correctional Officers Clifford Clement and Joshua Carson is DENIED.

The parties are directed to file a joint letter by **Monday, April 6, 2020** confirming the completion of the depositions and stating the parties' anticipated steps to move the case forward.

The Clerk of Court is respectfully directed to close ECF No. 88.

Dated: New York, New York
March 4, 2020

SO ORDERED

_____
SARAH L. CAVE
**United States Magistrate Judge**