April 28, 2020

**Via ECF**

Honorable Sarah L. Cave
Daniel Patrick Moynihan United States Courthouse
500 Pearl St.
New York, NY
10007-1312

Re:   *Mena v. City of New York, et al.*, No. 1:15-cv-03707-ALC-SLC: Joint Application for Additional Time to Complete Depositions

Dear Magistrate Judge Cave:

On March 23, 2020, the Court ordered a 30-day stay of all depositions in the above-referenced case. Dkt. 109. The Court noted that "[b]y May 17, 2020, the parties may file a joint application for additional time to complete depositions, if needed." *Id.*

Given the current circumstances caused by the COVID-19 pandemic, the parties jointly request that the stay of all depositions be extended until New York State's "stay-at-home" order is lifted. *See e.g.*, N.Y. Exec. Order No. 202.18 (extending restrictions until May 15, 2020). At that point, the parties request 45 days to complete the six depositions the Court has granted. Dkts. 95, 109.

Respectfully submitted,

| | |
|---|---|
| /s/ *Lauren J. Zimmerman* | /s/ *Bilal Haider* |
| David L. Elsberg | Bilal Haider |
| Lauren J. Zimmerman | Special Federal Litigation Division |
| Vivek V. Tata | 100 Church Street, Room 3-235 |
| Evan N. Bianchi | New York, NY 10007 |
| Selendy & Gay PLLC | Telephone: 212-356-3549 |
| 1290 Avenue of the Americas | bhaider@law.nyc.gov |
| New York, NY 10104 | |
| Telephone: 212-390-9068 | *Attorney for Defendants* |
| lzimmerman@selendygay.com | |
| *Attorneys for Plaintiff* | |

The parties' joint request to stay all depositioins in this case until New York State's "stay-at-home" order is lifted (ECF No. 110) is DENIED. The parties are directed to complete all depositions in this case by **Wednesday, July 1, 2020**. The Clerk of Court is directed to close ECF No. 110.

SO-ORDERED 4/29/2020

SARAH L. CAVE
United States Magistrate Judge