Selendy & Gay PLLC
1290 Avenue of the Americas
New York NY 10104
212 390 9000

Lauren J. Zimmerman
Associate
212 390 9068
lzimmerman@selendygay.com



December 6, 2020

**Via ECF**

The Honorable Sarah L. Cave
United States Magistrate Judge
Daniel Patrick Moynihan United States Courthouse
500 Pearl Street
New York, NY 10007-1312

Re:  *Mena v. City of New York, et al.*, No. 1:15-cv-03707-ALC-SLC

Dear Judge Cave,

Selendy & Gay PLLC represents Plaintiff Geraldo Mena *pro bono* in this matter. In accordance with our December 4, 2020 email to Chambers, we write to notify the Court that Mr. Mena's parole hold has not been resolved and he remains in D.O.C. custody. Consequently, Mr. Mena will not be available to attend the mediation scheduled for this coming Friday, December 11 (the "Mediation").

Plaintiff respectfully requests that the Mediation be adjourned for a date in late January. Additionally, in light of the requested Mediation adjournment, Plaintiff and Defendants jointly request a corresponding adjournment of the briefing schedule for our respective mediation statements, which are due tomorrow, December 7.

Respectfully submitted,

/s/ *Lauren J. Zimmerman*

Lauren J. Zimmerman

cc: Counsel of Record (via ECF)

---

Plaintiff's Letter-Motion requesting an adjournment of the Settlement Conference (ECF No. 141) is GRANTED, and the Settlement Conference is ADJOURNED to **Thursday, January 28, 2021 at 2:00 pm,** with the parties' settlement submissions due **Friday, January 22, 2021**. The Settlement Conference will proceed on Zoom, arranged by Plaintiff, as the parties requested, and the conference will otherwise proceed in accordance with the terms set forth in the Settlement Conference Scheduling Order (ECF No. 138).

The Clerk of Court is respectfully directed schedule this conference as a Settlement Conference, even though it will take place by videoconference and to close ECF No. 141.

SO-ORDERED 12/7/2020

SARAH L. CAVE
United States Magistrate Judge