Selendy & Gay PLLC
1290 Avenue of the Americas
New York NY 10104
212 390 9000

---

Lauren J. Zimmerman
Associate
212 390 9068
lzimmerman@selendygay.com

January 14, 2021

> Plaintiff's letter-motion requesting to adjourn the upcoming settlement conference (ECF No. 143) is GRANTED and the settlement conference is adjourned to **Wednesday, February 24, 2021 at 2:00 pm**, with settlement submissions due **Thursday, February 18, 2021**.  The settlement conference will proceed on Zoom, arranged by Plaintiff, as the parties previously requested, and the conference will otherwise proceed in accordance with the terms set forth in the Settlement Conference Scheduling Order (ECF No. 138).
>
> The Clerk of Court is respectfully directed to schedule this conference as a Settlement Conference, even though it will take place by videoconference and to close ECF No. 143.
>
> SO-ORDERED 1/15/21
> SARAH L. CAVE
> United States Magistrate Judge

**Via ECF**

The Honorable Sarah L. Cave
United States Magistrate Judge
Daniel Patrick Moynihan United States Courthouse
500 Pearl Street
New York, NY 10007-1312

Re:    *Mena v. City of New York, et al.*, No. 1:15-cv-03707-ALC-SLC

Dear Judge Cave,

Selendy & Gay PLLC represents Plaintiff Geraldo Mena *pro bono* in this matter.  We write to notify the Court that Mr. Mena's parole hold has not been resolved and he remains in D.O.C. custody.  Consequently, Mr. Mena will likely be unavailable to attend the mediation scheduled for Thursday, January 28, 2021 (the "Mediation").

Plaintiff respectfully requests that the Mediation be adjourned for a date in mid- to late February.  Defendants consent to this request.  Additionally, in light of the requested Mediation adjournment, Plaintiff and Defendants jointly request a corresponding adjournment of the briefing schedule for our respective mediation statements, which are due Friday, January 22, 2021.

Respectfully submitted,

/s/ *Lauren J. Zimmerman*

Lauren J. Zimmerman

cc: Counsel of Record (via ECF)