> Plaintiff's letter-motion requesting an adjournment of the upcoming settlement conference (ECF No. 145) is GRANTED and the settlement conference is adjourned to **Friday, April 16, 2021 at 2:00 pm**, with settlement submissions due **Monday, April 12, 2021**. The settlement conference will proceed on Zoom, arranged by Plaintiff, as the parties previously requested, and the conference will otherwise proceed in accordance with the terms set forth in the Settlement Conference Scheduling Order (ECF No. 138).
>
> The Clerk of Court is respectfully directed to schedule this conference as a Settlement Conference, even though it will take place by videoconference, and to close ECF No. 145.
>
> SO-ORDERED 2/10/2021
>
> */s/ Sarah L. Cave*
> SARAH L. CAVE
> United States Magistrate Judge

February 9, 2021

**Via ECF**

The Honorable Sarah L. Cave
United States Magistrate Judge
Daniel Patrick Moynihan United States Courthouse
500 Pearl Street
New York, NY 10007-1312

    Re:    *Mena v. City of New York, et al.*, No. 1:15-cv-03707-ALC-SLC

Dear Judge Cave,

    Selendy & Gay PLLC represents Plaintiff Geraldo Mena *pro bono* in this matter. Regrettably, we write to notify the Court that Mr. Mena's parole hold has not been resolved due to the New York State Attorney General's ("NYAG") repeated requests for an adjournment of his scheduled writ hearing—to date, the NYAG has requested and has been granted four adjournments. Consequently, Mr. Mena remains in D.O.C. custody and will likely be unavailable to attend the mediation scheduled for Wednesday, February 24, 2021 (the "Mediation").

    Plaintiff respectfully requests that the Mediation be adjourned for a date in late March. Defendants consent to this request. Additionally, in light of the requested Mediation adjournment, Plaintiff and Defendants jointly request a corresponding adjournment of the briefing schedule for our respective mediation statements, which are due Thursday, February 18, 2021.

Respectfully submitted,

/s/ *Lauren J. Zimmerman*

Lauren J. Zimmerman

cc: Counsel of Record (via ECF)